AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

FILED
MAY - 3 2017
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

CHARLES DAVISON

*Defendant(s)*

Case No. 4:17 MJ 157 DDN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 1, 2017 in the county of City of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2250 | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

JAMES TAPP, U.S. MARSHAL'S SERVICE

*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2017

*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*